1  Elayna J. Youchah, Bar No. 5837
   youchahe@jacksonlewis.com
2  Lisa A. McClane, Bar No. 10139
   lisa.mcclane@jacksonlewis.com
3  **JACKSON LEWIS LLP**
   3960 Howard Hughes Parkway Suite 450
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorneys for Defendant Circus Circus Casinos, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFTON DYKES, an individual, | Case No. 2:10-cv-00327-LDG-RJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CIRCUS CIRCUS CASINOS, INC., a domestic corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Circus Circus

Casinos, Inc. and Plaintiff Clifton Dykes, through their undersigned counsel of record, that the

//

//

//

1  above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and
2  costs.
3  Dated this 7th day of October, 2010.

| NELSON LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ Sharon L. Nelson | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar # 6433 | Elayna J. Youchah, Bar #5837 |
| Rebekah L. Baumgardner, Bar #10855 | Lisa A. McClane, Bar #10139 |
| 401 N. Buffalo, Suite 100 | 3960 Howard Hughes Parkway, Ste 450 |
| Las Vegas, Nevada  89145 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 8 day of Oct, 2010.

_____
U.S. District Judge